NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**MICROSOFT CORPORATION AND GOOGLE, INC.,**
*Defendants-Appellees.*

---

2013-1584

---

Appeal from the United States District Court for the District of Delaware in No. 11-CV-0311, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

Walker Digital, LLC ("Walker") moves to amend the docket to add Google, Inc. ("Google") as a party to the appeal. Microsoft Corporation ("Microsoft") responds. Walker separately moves without opposition for an extension of time to file its brief.

On August 22, 2013, Walker appealed a claim construction order where the district court adopted defendants Google and Microsoft's proposed construction. The case was docketed without Google named as a party.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to add Google as a party is granted. The revised official caption is reflected above.

(2) The motion for an extension of time to file Walker's brief is granted. Walker's brief is due no later than December 23, 2013.

(3) Counsel for Google shall immediately file an entry of appearance and a certificate of interest.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26