CORRECTED ORDER: JANUARY 3, 2014
NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**MICROSOFT CORPORATION AND GOOGLE, INC.,**
*Defendants-Appellees.*

---

2013-1584

---

Appeal from the United States District Court for the District of Delaware in No. 11-CV-0311, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

Walker Digital, LLC moves without opposition for an extension of time, until February 10, 2014, to file its principal brief, and for an extension of time, until May 21, 2014, for Microsoft Corporation and Google, Inc. to file their principal briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

          FOR THE COURT

          <u>/s/ Daniel E. O'Toole</u>
          Daniel E. O'Toole
          Clerk of Court

s27